# Skinner *v.* The State.

*Indictment for Assault and Battery.*

1. *Indictment; invalid when preferred by grand jury at a time not legally held.*—An indictment which is preferred by a grand jury organized at a term of the Circuit Court which is held at a time not authorized by law, is void, and will not support a judgment of conviction.

APPEAL from the County Court of Elmore.

Tried before the Hon. H. J. LANCASTER.

The appellant in this case was indicted, tried and convicted for an assault and battery with a weapon. The

[Tallent v. The State.]

indictment was preferred by the grand jury of the circuit court of Elmore county on March 10, 1904.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

TYSON, J.—The indictment upon which the defendant was convicted is void, not having been preferred by a grand jury organized at a time when the circuit court for Elmore county could be legally held.—*Kidd v. Burke,* in MS.; *Walker v. State,* in MS.

Of course, without a valid indictment to support the judgment of conviction, the judgment is *coram non judice.*

Reversed and remanded.

McCLELLAN, C. J., DOWDELL and DENSON, J.J., concurring.